CHARLES A. BONNER, ESQ.  SB# 85413
A. CABRAL BONNER, ESQ. SB# 247528
**LAW OFFICES OF CHARLES A. BONNER**
475 GATE 5 RD, SUITE 212
SAUSALITO, CA 94965
TEL: (415) 331-3070
FAX: (415) 331-2738
cabral@bonnerlaw.com

DAVID M. POORE, SBN 192541
KAHN BROWN & POORE LLP
2200 POWELL STREET, SUITE 745
EMERYVILLE, CALIFORNIA 94608
TELEPHONE:(510) 923-6280
FACSIMILE:  (510) 923-6285
dpoore@kahnbrownlaw.com

ATTORNEYS FOR PLAINTIFF

PATRICK K. FAULKNER, COUNTY COUNSEL
Sheila Lichtblau, SBN
Stephen Raab, SBN 180939
3501 Civic Center Drive, Room 275
San Rafael, CA 94903
Tel.: (415) 499-6117, Fax: (415) 499-3796

ATTORNEYS FOR DEFENDANTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI MARZIANO,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF MARIN; TERESA TORRENCE-TILLMAN; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | **Case No. C -10-2740 EMC**<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE THE FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Date: January 26, 2011<br>Time: 2:30 p.m.<br>Courtroom C, 15th Floor<br>Hon. Edward M. Chen |

1  THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY
2  STIPULATE to continue the Further Case Management Conference ("CMC"), which is set for
3  today, January 26, 2011, at 2:30 p.m., for a period of two weeks . The parties are available any
4  day the week of February 7, with the exception of February 9 or, in the alternative, the parties are
5  available February 16, 2011.  There is good cause in which to approve this stipulation on the
6  grounds that Plaintiff's lead trial counsel, Cabral Bonner, was called out for trial yesterday in a
7  state court action in the County of Contra Costa.  As a result, Mr. Bonner is unavailable to attend
8  the CMC, as previously planned.  Mr. Bonner's co-counsel, Mr. Poore, is presently out of town,
9  and unavailable.  The parties met and conferred, and we believe that the best course of action
10 would be to continue the CMC for a period of two weeks so that Plaintiff's lead trial counsel can
11 attend the CMC, or, in the alternative, this continuance will allow Mr. Poore to attend the CMC in
12 his absence.  The parties are presently unaware of any prejudice as a result of this request.

IT IS SO STIPULATED.

Dated: January 26, 2011                     LAW OFFICES OF BONNER AND BONNER


                                             By:     //s// A. Cabral Bonner
                                              A. Cabral Bonner
                                              Attorneys for Plaintiff

Dated:  January 26, 2011                    KAHN BROWN & POORE LLP


                                             By:    //s// David M. Poore
                                                 David M. Poore
                                                 Attorneys for Plaintiff


Dated:  January 26, 2011                    PATRICK K. FAULKNER
                                            COUNTY COUNSEL


                                             By:    //s// Stephen R. Raab
                                                  Stephen R. Raab
                                                  Deputy County Counsel


MARZIANO v COUNTY OF MARIN et al, Case No. C-10-2740 EMC
STIPULATION AND PROPOSED ORDER TO CONTINUE FURTHER CMC
-2-

1 **[PROPOSED] ORDER**

2 IT IS SO ORDERED. The Further Case Management Conference, which is scheduled for January 26, 2011, at 2:30 p.m., is hereby continued to February __23__, 2011, at __2:30__ p.m.

Dated: January 26, 2011



_____
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen