PATRICK K. FAULKNER, COUNTY COUNSEL
Sheila Lichtblau, SBN 167999
3501 Civic Center Drive, Room 275
San Rafael, CA 94903
Tel.: (415) 499-6117, Fax: (415) 499-3796

Attorney(s) for the County of Marin, Teresa Torrance Tillman

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lori Marziano,<br><br>        Plaintiff,<br><br>   v.<br><br>County of Marin, Teresa Torrence-Tillman, and Does 1 through 50, inclusive,<br><br>        Defendant | Case No.: CV 10 2740 EMC<br><br>STIPULATION REGARDING INDEPENDENT MEDICAL EXAMINATION ORDER |

1.   WHEREAS, the parties agree that Lori Marziano has made claims in this action that she suffers from severe and continuing emotional distress, manifesting in physical injuries.

2.   WHEREAS, the parties agree that Plaintiff Lori Marziano will stipulate to a mental examination under FRCP 25(b)(6);

3.   WHEREAS, the parties agree that the examination will encompass psychiatric testing including neurocognitive testing that will last four to six hours.  Additionally, the testing will include a psychiatric examination that will last approximately four hours. The parties agree to schedule the testing over two days.

1

4.     WHEREAS, Defendants agree to provide Plaintiff Marziano's counsel with an examination notice prepare pursuant to FRCP 35(a)(2)(B), and Plaintiff Marziano will comply with the notice, so long as the notice sets for the examiner's name, the examination date, time and place, and the examination's scope.

5.     WHEREAS, all counsel agree that any report or reports and or the findings contained in those reports shall be considered confidential and for use in connection with this lawsuit. The parties agree that the report will not be disclosed to anyone with the exception of County Counsel and the relevant decision-makers for settlement.  Parties further agree that it will not be disclosed to anyone in the County Probation Department, with the exception of the named individual defendant and the Chief Probation Officer, who will not disclose it to anyone else in Probation.  If the County in good faith believes it is necessary to provide the  IME Report to an outside person other than the individuals listed above including any other health care provider, it will not do so without first  meeting and conferring with Plaintiff's counsel no less than seven business days prior to such a dissemination to provide Plaintiff's counsel with the opportunity to seek a protective order should they deem it appropriate.

Date:  April  27, 2011

PATRICK K. FAULKNER
COUNTY COUNSEL


By:  /s/_____
                Sheila Lichtblau
                Deputy County Counsel
                Defendant County of Marin

Date:  April  27, 2011_____                 BROWN POORE LLP


By:  /s/_____
                David Poore
                Attorney for Plaintiff

2

STIPULATION REGARDING INDEPENDENT MEDICAL EXAMINATION

1

2

By: _____/s/_____

3    Date:  April 27, 2011                      Cabral Bonner

4                                               Law Offices Bonner & Bonner

                                                Attorneys for Plaintiffs
5

6

7    IT IS SO ORDERED:

8

9    _____

10   Edward M. Chen

     U.S. Magistrate Judge
11



12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

STIPULATION REGARDING INDEPENDENT MEDICAL EXAMINATION