1  PATRICK K. FAULKNER, COUNTY COUNSEL
   Sheila Lichtblau, SBN 167999
2  3501 Civic Center Drive, Room 275
   San Rafael, CA 94903
3  Tel.: (415) 499-6117, Fax: (415) 499-3796

4  Attorney(s) for the County of Marin, Teresa Torrance Tillman

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Lori Marziano, | Case No.: CV 10 2740 EMC |
|---|---|
| Plaintiff, | STIPULATION AND PROPOSED ORDER REGARDING MEDIATION |
| v. | |
| County of Marin, Teresa Torrence-Tillman, and Does 1 through 50, inclusive, | |
| Defendant | |

THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL OF REOCRD, HEREBY STIPULATE AS FOLLOWS:

1. WHEREAS, the parties have agreed to mediate this matter with mediator Michael Dickstein, and previously attempted to find an appropriate date to comply with this Court's Order requiring that mediation be completed by May 31, 2011;

2. WHEREAS, Plaintiff's counsel Cabral Bonner was recently ordered to trial in late May and has informed the parties that the trial will last through mid-June, 2011.

3. WHEREAS, mediator Michael Dickstein does not have any other availability until June 24, 2011;

4. WHEREAS the parties believe that a mediation date of June 24, 2011 will allow the parties to complete further discovery and determine the respective positions to allow a meaningful mediation;

1

STIPULATION AND PROPOSED ORDER REGARDING MEDIATION

5. WHEREFORE, the parties now request that the Court allow the parties until June 24, 2011 to conduct mediation, and further request that the Case Management Conference currently scheduled for June 8, 2011, be rescheduled to June 29, 2011.

**SO STIPULATED.**

Date: April 27, 2011

                PATRICK K. FAULKNER
                COUNTY COUNSEL

                By: _____/s/_____
                     Sheila Lichtblau
                     Deputy County Counsel
                     Defendant County of Marin

Date: April_27, 2011_____    BROWN POORE LLP

                _____/s/_____
                David Poore
                Brown, Poore LLP

Date: April 27, 2011    _____/s/_____
                Cabral Bonner
                Law Offices Bonner & Bonner
                Attorneys for Plaintiffs

**SO ORDERED**.

Dated: May 4, 2011

                _____
                HONORABLE EDWARD M. CHEN, U.S.
                DISTRICT JUDGE, NORTHERN DISTRICT,
                CALIFORNIA

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Edward M. Chen]*