1  PATRICK K. FAULKNER, COUNTY COUNSEL
   Sheila Lichtblau, SBN 167999
2  3501 Civic Center Drive, Room 275
   San Rafael, CA 94903
3  Tel.: (415) 499-6117, Fax: (415) 499-3796

4
   Attorney(s) for the County of Marin, Teresa Torrence-Tillman
5

6

7

8             SUPERIOR COURT OF CALIFORNIA, COUNTY OF MARIN

9

| 10 | Lori Marziano, | Case No.: CV 10 2740 EMC |
|---|---|---|
| 11 | Plaintiff, | NOTICE OF SETTLEMENT |
| 12 | v. | |
| 13 | County of Marin, Teresa Torrence-Tillman, and | |
| 14 | Does 1 through 50, inclusive, | |
| 15 | Defendant | |

16

17       TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

18       PLEASE TAKE NOTICE that the parties have agreed to resolve the above-captioned matter as

19  to all parties and causes of action.  Request is hereby made to extend the date for the case management

20  conference currently set for August 1, 2011 to September 9, 2011 at 10:30.

21

22  Dated this 26 day of July, 2011

23                                                          PATRICK K. FAULKNER
                                                            COUNTY COUNSEL
24

25

26                                                          By: _____
                                                                Sheila Lichtblau
27  IT IS SO ORDERED that the status conference set for
    8/1/11 is reset for 9/9/11 at 10:30 a.m.  A joint status
28  report shall be filed by 9/2/11.

    _____
    Edward M. Chen
    U.S. District Judge

                                                1

Notice of Settlement