CHARLES A. BONNER, ESQ. SB# 85413
A. CABRAL BONNER, ESQ. SB# 247528
**LAW OFFICES OF CHARLES A. BONNER**
475 GATE 5 RD, SUITE 212
SAUSALITO, CA 94965
TEL: (415) 331-3070
FAX: (415) 331-2738
cabral@bonnerlaw.com

DAVID M. POORE, SBN 192541
**BROWN POORE LLP**
2200 POWELL STREET, SUITE 745
EMERYVILLE, CALIFORNIA 94608
TELEPHONE:(510) 923-6280
FACSIMILE: (510) 923-6285
dpoore@bplegalgroup.com

ATTORNEYS FOR PLAINTIFF
LORI MARZIANO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI MARZIANO,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF MARIN; TERESA TORRENCE-TILLMAN; and DOES 1 through 50, inclusive,<br><br>Defendants. | **Case No.  C 10-02740 EMC**<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |

Plaintiff LORI MARZIANO and Defendants COUNTY OF MARIN and TERESA TORRENCE-TILLMAN file this stipulation of dismissal under Federal Rules of Civil Procedure 41(a)(1)(ii). The Parties have fully resolved the issues related to this case. Dismissal is requested with prejudice.

STIPULATION FOR DISMISSAL
-1-

1. Plaintiff is LORI MARZIANO; Defendants are COUNTY OF MARIN and TERESA TORRENCE-TILLMAN.

2. Plaintiff moves to dismiss the suit.

3. Defendants, who have answered, agree to the dismissal.

4. This case is not a class action.

5. A receiver has not been appointed in this action.

6. This case is not governed by any federal statute that requires an order of the court for dismissal of the case.

7. Plaintiff has not dismissed an action based on or including the same claims as those presented in this suit.

8. This dismissal is with prejudice to refiling

Dated: August 29, 2011

                                              LAW OFFICES OF BONNER AND BONNER

                                              By: /s/ A. CABRAL BONNER
                                              A. Cabral Bonner, Attorney for Plaintiff

Date: August ___, 2011          BROWN POORE

                                              By: _____/s/_____
                                              David Poore, Attorney for Plaintiff

Date: August 29, 2011

                                              PATRICK K. FAULKNER
                                              COUNTY COUNSEL

IT IS SO ORDERED:

                                              By:_____/s/_____
_____                                    Sheila Lichtblau
Edward M.                              Deputy County Counsel
U.S. District                           Defendant County of Marin

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Edward M. Chen]

                                                       STIPULATION FOR DISMISSAL
                                                                  -2-